IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **EDWIN MUNOZ, et al.,** *Plaintiffs,* | § § § § | |
| **v.** | § § | 6:20-CV-00919-ADA-JCM |
| **THE UNITED STATES OF AMERICA,** *Defendant.* | § § § § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 17. The report recommends that this Court denies Plaintiff's Opposed Motion for Reconsideration of the Order Dismissing the Complaint and in the Alternative to Grant Leave to File First Amended Complaint. *Id*. at 7. The report and recommendation was filed on July 19, 2022.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 17) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Opposed Motion for Reconsideration of the Order Dismissing the Complaint and in the Alternative to Grant Leave to File First Amended Complaint (ECF No. 12) is **DENIED**. The Clerk of the Court is directed to close this case.

SIGNED this 6th day of June, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE